PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>                          v.<br><br>MANUEL YANES,<br><br>                                    Defendant. | CASE NO.  1:22-MJ-00168-SAB<br><br>STIPULATION TO CONTINUE DETENTION HEARING; FINDINGS AND ORDER<br><br>CURRENT DATE: November 14, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe<br>          (Duty Calendar) |

**STIPULATION**

        Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

        1.        By previous order, this matter was set for a detention hearing on November 14, 2022. The defendant was ordered temporarily detained until that date.  Doc. 14.

        2.        By this stipulation, defendant now moves to continue the detention hearing until November 16, 2022, as good cause exists for such a continuance to extend past the time prescribed by the statute (18 U.S.C. § 3143(f)(2)).

        3.        The parties agree and stipulate, and request that the Court find the following:

                a)        Defense counsel has agreed to allow Pretrial Services to interview the defendant so that it may prepare a report for the Court's consideration prior to the defendant's detention hearing.

b)      Defense counsel has requested to be present for the interview of his client by Pretrial Services.

c)      Due to scheduling conflicts between defense counsel and the assigned Pretrial Services Officer, Anthony Perez, the earliest time available for the defendant's interview is Tuesday afternoon, November 15, 2022.

d)      Pretrial Services has indicated that they can have a report available for the Court's consideration before the defendant's detention hearing on November 16, 2022, if the Court allows the request to continue the hearing from its currently scheduled date..

e)      The government does not object to the continuance.

f)      Based on the above, the parties request that the Court find good cause and continue the currently scheduled detention hearing from November 14, 2022, to November 16, 2022.

g)      As the defendant has not yet been indicted, the Court need not make findings as to any Speedy Trial Act time exclusion.


IT IS SO STIPULATED.

Dated:  November 10, 2022                        PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ JESSICA A. MASSEY
                                                JESSICA A. MASSEY
                                                Assistant United States Attorney

Dated:  November 10, 2022

                                                /s/ DARRYL E. YOUNG
                                                DARRYL E. YOUNG
                                                Counsel for Defendant
                                                MANUEL YANES

STIPULATION TO CONTINUE DETENTION
HEARING                                2

**ORDER**

Based on the above good cause, IT IS SO ORDERED that the detention hearing is continued from November 14, 2022, to **November 16, 2022, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **November 10, 2022**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE