PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL YANES,<br><br>Defendants. | CASE NO. 1:22-CR-00307-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |

**STIPULATION**

1.  By previous order, this matter was set for a trial on April 22, 2025. Dkt. 46. Time was previously excluded until the trial date. Dkt. 46.

2.  By this stipulation, defendant now moves to vacate the trial as to Manuel Yanes and schedule a change of plea for January 27, 2025.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The Government filed an information in this case and the parties have reached a plea agreement. Dkt. 47 and 48. The parties therefore request to vacate the trial as to Manuel Yanes and schedule a change of plea on January 27, 2025, the earliest available date on the Court's calendar. Time was previously excluded through April 22, 2025.

IT IS SO STIPULATED.

DATED:  January 2, 2025           PHILLIP A. TALBERT
                                  United States Attorney

                                  By: /s/ *Arin C. Heinz*
                                  ARIN C. HEINZ
                                  Assistant U.S. Attorney


DATED:  January 2, 2025           By: /s/ *Darryl Young*
                                  DARRYL YOUNG
                                  Attorney for Defendant
                                  MANUEL YANES

## FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **January 5, 2025**                    _____
                                                UNITED STATES DISTRICT JUDGE