Darryl E. Young, SBN #255894
THE LAW OFFICES OF DARRYL E. YOUNG,
7041 Koll Center Pkwy, Ste. 255
Pleasanton, California, 94566
Telephone: (925) 215-0300
Facsimile: (925) 425-7181

Attorney for Defendant Manuel Yanes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:22-CR-00307-JLT |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF DARRYL YOUNG AS ATTORNEY OF RECORD AND ORDER** |
| MANUEL YANES, | |
| Defendant. | |

On November 2, 2022, a Criminal Complaint was filed against Defendant Manuel Yanes. CJA Panel Attorney Darryl Young was appointed to represent Mr. Yanes on his criminal case. Mr. Yanes was sentenced pursuant to a plea on May 12, 2025. The time for filing a direct appeal was May 28, 2025. No direct appeal was filed. Mr. Yanes was in custody at sentencing. The litigation phase of Mr. Yanes's criminal case has, therefore, come to an end. Having completed his representation of Mr. Yanes, CJA attorney Darryl Young now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Yanes require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

1  Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
2  free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.
3   Dated:  May 28, 2025                                         Respectfully submitted,

                                                                /s/Darryl Young
                                                                Attorney's Name, Attorney for
                                                                Defendant, Manuel Yanes

**ORDER**

Having reviewed the notice and found that attorney Darryl Young has completed the services for which he was appointed, the Court hereby grants attorney Young's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Manuel Yanes at the following address and to update the docket to reflect Defendant's pro se status and contact information.

2808 Primera Vista, Apartment C

Bakersfield, CA, 93306

IT IS SO ORDERED.

Dated:   **May 29, 2025**

UNITED STATES DISTRICT JUDGE